**Phillip Lee GOSS, Petitioner,**

v.

**DEPARTMENT OF STATE, Respondent.**

No. 2014–3124.

United States Court of Appeals, Federal Circuit.

July 1, 2014.

Phillip Lee Gross, pro se.

**ON MOTION**

**ORDER**

Phillip Lee Goss moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.